**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 26, 2019.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| In re: | } | |
| | } | |
| JAIME BARRERA | } | Case No. 18-70160 - TMD |
| and EDNA BARRERA | } | (Chapter 13) |
| | } | |
| Debtors | } | |

### ORDER SUSTAINING TRUSTEE'S OBJECTION
### TO DEBTORS' CLAIM OF EXEMPTION

On this date came on for hearing the Trustee's Objection to Debtors' Claim of Exemption (the "Objection"). The Court finds that the Objection should be sustained. It is therefore ORDERED that the Objection to Debtors' claim of exemption is sustained, and the Debtors' claim of exemption is denied as to the following property: (2) Pressure Diggers.

###